| | |
|---|---|
| 1 | Andrew Leibnitz (State Bar No. 184723)<br>aleibnitz@fbm.com |
| 2 | Farella Braun + Martel LLP<br>235 Montgomery Street, 17th Floor |
| 3 | San Francisco, CA  94104<br>Telephone:  (415) 954-4400 |
| 4 | Facsimile:  (415) 954-4480 |
| 5 | David W. Harlan (*pro hac vice*)<br>Richard L. Brophy (*pro hac vice*) |
| 6 | Mark A. Thomas (*pro hac vice*)<br>dharlan@armstrongteasdale.com |
| 7 | rbrophy@armstrongteasdale.com<br>mathomas@armstrongteasdale.com |
| 8 | Armstrong Teasdale LLP<br>7700 Forsyth Blvd. Suite 1800 |
| 9 | St. Louis, MO 63105<br>Telephone:  (314) 621-5070 |
| 10 | Facsimile:  (314) 621-5065 |
| 11 | Attorneys for Plaintiff<br>CAVE CONSULTING GROUP, INC. |

**DENIED**
Judge Edward J. Davila
DATED: 5/21/2015

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | | |
|---|---|---|
| CAVE CONSULTING GROUP, LLC, | | Case No. 5:11-cv-0469-EJD |
| Plaintiff, | | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| vs. | | |
| OPTUMINSIGHT, INC.,<br>f/k/a INGENIX, INC., | | |
| Defendant. | | |

Pursuant to Civil Local Rule 3-12(b), Plaintiff Cave Consulting Group, Inc. ("CCGroup") submits this Administrative Motion to request that the Court consider whether the above-captioned case should be related to *Cave Consulting Group, Inc. v. Truven Health Analytics*., Case No. 15-CV-02177-NC.

Local Rule 3-12 provides that an action is related to another action pending in this District when "(1) [t]he actions concern substantially the same parties, property, transaction or event; and

1  (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." In this instance, the same plaintiff, CCGroup, has filed suit against OptumInsight, defendant in the *Optum* Action, and Truven Health Analytics Inc., defendant in this action. While the asserted patents are different – CCGroup asserted U.S. Patent No. 7,739,126 against Optum, and asserts U.S. Patent Nos. 8,340,981 and 8,768,726 against Truven – the technology (related to physician efficiency measurement) remains the same, and the patents all belong to the same family. Because the Court in the *Optum* Action spent significant time over the course of four years of litigation learning the technology – a task which included construction of claim terms which may overlap in the two cases – assignment of the instant case to a judge unfamiliar with these allegations will likely result in unnecessary duplication of effort. Moreover, should overlapping or related claim terms receive different constructions in the two litigations, inconsistent rulings would occur.

In light of the foregoing, CCGroup respectfully requests that this Court consider whether this action should be administratively related to the *Optum* Action pursuant to Local Rule 3-12.

Dated: May 20, 2015                           FARELLA BRAUN + MARTEL LLP


By:  /s/ *Andrew Leibnitz*
        Andrew Leibnitz

David W. Harlan (*pro hac vice*)
Richard L. Brophy (*pro hac vice*)
Mark A. Thomas (*pro hac vice*)
ARMSTRONG TEASDALE LLP

Attorneys for Plaintiff
CAVE CONSULTING GROUP, INC.