UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAVE CONSULTING GROUP, INC.,

Plaintiffs,

v.

TRUVEN HEALTH ANALYTICS INC.,

Defendants.

Case No. 15-cv-02177-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 14, 2016 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: January 20, 2017.

DESIGNATION OF EXPERTS: 2/17/17; REBUTTAL: 3/20/17;
   Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: April 21, 2017.

DISPOSITIVE MOTIONS **SHALL** be filed by; May 19, 2017;
   Opp. Due: June 2, 2017; Reply Due: June 9, 2017;
   and set for hearing no later than June 23, 2017 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 25, 2017 at 3:30 PM.

JURY TRIAL DATE: August 7, 2017 at 8:30 AM.
   Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Patent L.R. 3-7 - Advice of Counsel: 10/21/16.
Counsel may request a referral to a magistrate-judge for settlement purposes at any time.

1  The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.
2  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

      **IT IS SO ORDERED**.

Dated: 5/18/16

SUSAN ILLSTON
United States District Judge