UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAVE CONSULTING GROUP, INC.,

Plaintiffs,

v.

TRUVEN HEALTH ANALYTICS INC.,

Defendants.

Case No. 15-cv-02177-SI  (SI)

SECOND
**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: April 28, 2017.

DESIGNATION OF EXPERTS: 5/26/17; REBUTTAL: 6/23/17;
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 7/21/17, 2017.

DISPOSITIVE MOTIONS **SHALL** be set for hearing no later than September 22, 2017 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 9, 2018 at 3:30 PM.

JURY TRIAL DATE: January 22, 2018 at 8:30 AM.
Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The parties agreed to adjust the following deadlines:
Supplemental Cross Opening Claim Construction Brief - 3/24/17
Supplemental Cross Response Claim Construction Brief - 3/31/17
Supplemental Claim Construction - 4/12/17 @ 3:30 p.m.
Motion to dismiss Trade Secret claims - 4/14/17 @ 9:00 a.m.

1 **IT IS SO ORDERED**.

3 Dated:  2/21/17



SUSAN ILLSTON
United States District Judge

2