1
2
3
4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    CAVE CONSULTING GROUP, INC.,                Case No. 15-cv-02177-SI

8                     Plaintiff,
                                                 **ORDER DENYING DEFENDANT'S**
9            v.                                  **MOTION FOR SUMMARY JUDGMENT**
                                                 **OF NON-INFRINGEMENT AND**
10   TRUVEN HEALTH ANALYTICS INC.,               **PARTIAL SUMMARY JUDGMENT OF**
                                                 **NO INDIRECT INFRINGEMENT**
11                    Defendant.
                                                 Re: Dkt. No. 253
12

13

14          On October 6, 2017, the Court held a hearing on defendant's motion for summary

15   judgment of non-infringement and partial summary judgment of no indirect infringement.

16          Defendant contends that the accused products do not "allow[] assignment of an episode of

17   care to more than one physician" nor do they "calculate[] weighted episode of care statistics across

18   medical conditions utilizing a predefined set for a specific specialty type."   Defendant also

19   contends there is no evidence that any Truven customer has used Advantage Suite in an infringing

20   manner.

21          "Summary judgment on the issue of infringement [or noninfringement] is proper when no

22   reasonable jury could find that every limitation recited in a properly construed claim either is or is

23   not found in the accused device either literally or under the doctrine of equivalents."   *PC*

24   *Connector Solution LLC v. SmarDisk Corp*., 406 F.3d 1359, 1364 (Fed. Cir. 2005).  The Court

25   finds that defendant has not met its burden to show that summary judgment is appropriate.  There

26   are disputes of fact as to whether the accused products perform both of the limitations at issue.

27   Further, the Court declines defendant's request to rewrite the construction of "calculate[] weighted

28   episode of care statistics across medical conditions utilizing a predefined set for a specific

United States District Court
Northern District of California

specialty type." Finally, plaintiff has submitted evidence that defendant provided training materials on how to use Advantage Suite to calculate physician efficiency (Dkt. No. 285-13), thus raising a triable issue of fact as to whether any customers used Advantage Suite in an infringing manner. *See Toshiba Corp. v. Imation Corp.*, 681 F.3d 1358, 1364-65 ((Fed. Cir. 2012) (reversing summary judgment and holding there was a triable issue of fact on induced infringement where there was evidence that accused infringer designed product in an infringing way and instructed users to use the product in an infringing way).

        **IT IS SO ORDERED**.


Dated: October 23, 2017

_____
SUSAN ILLSTON
United States District Judge