UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAVE CONSULTING GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TRUVEN HEALTH ANALYTICS INC.,<br><br>Defendant. | Case No. 15-cv-02177-SI<br><br>**JUDGMENT** |

The Court granted summary judgment in favor of defendant. Judgment is hereby entered against plaintiff and in favor of defendant.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 4, 2018

SUSAN ILLSTON
United States District Judge